

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*                     *Suite 400*                     *DIRECT: 410-209-4917*
*Assistant United States Attorney*       *36 S. Charles Street*           *MAIN: 410-209-4800*
*Paul.Budlow@usdoj.gov*           *Baltimore, MD 21201-3119*      *FAX: 410-962-3091*

August 11, 2022

Honorable Richard D. Bennett
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      Re:     United States v. Jesse Aaron Davison
                 Civil No: RDB-22-1443
                 <u>Criminal No: RDB-10-632</u>

Dear Judge Bennett:

     I write to request 60 days from today's date to file a response to the petitioner's motion to to vacate, set aside, or correct sentence (ECF 218 & 219). On June 14, 2022, the Court ordered the government to respond to the defendant's pro se motion by August 15, 2022 (ECF 220). Although I had originally hoped to file a response by August 15th, numerous hearings and active investigations have prevented me from doing so. Additionally, in light of the issues raised in Petitioner's motion, and the time required to review the record, the government respectfully requests permission to file its response by October 14, 2022, an additional 60 days.

     Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          Erek L. Barron
                                          United States Attorney

                       By: _____
                                          Paul E. Budlow
                                          Assistant United States Attorney

Cc:    Jesse Aaron Davison, Defendant

      **APPROVED: 8/12/2022**    **/s/ - Richard D. Bennett**
                                     **U.S. Senior District Judge**