"Clerk of the Court"

"Nov. 10th, 2022"

My name is "Jesse Davison", Civil Case No: "RDB-22-1443", Criminal Case No: "RDB-10-632". I'm writing to find out the exact date in which my Motion of Reply is due to be filed by. The original due date was "Nov. 11th, 2022"; but due to me not recieving a Copy of the Government's Response in a timely manner, the Court granted me a "60-Day Extension" on "Oct. 28th, 2022". So, I'd like to know if the "60-Day Extension" starts on "Oct. 28th, 2022" or is an Extension on the original due date of "Nov. 11th, 2022"? I greatly appriciate your help in this matter, and Thank you.

Respectfully,

Jesse Davison #369-514
13800 McMullen Hwy.
Cumberland, MD 21502